IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DARALL J. WATSON                                )
2806 Pomeroy Road, S.E.                         )
Washington, D.C. 20002,                         )
                                                )
              Plaintiff,                         )
                                                ) Civil No. _____
        v.                                      )
                                                )
WASHINGTON METROPOLITAN AREA                    )
 TRANSIT AUTHORITY,                             )
600 Fifth Street, N.W.                          )
Washington, D.C. 20001,                         )
                                                )
     and                                        )
                                                )
JOHNNY PHILLIPS                                      )
2623 Southern Avenue                            )
Aptl 302                                        )
Temple Hills, Maryland 20748,                   )
                                                )
              Defendants.                        )

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Columbia:

1.  On or about June 28, 2006, Plaintiff filed this action in the Superior Court of the District of Columbia in the case titled Darall J. Watson v. WMATA & Johnny Phillips, Civil No. 06-5001.

2.  Defendant Washington Metropolitan Area Transit Authority ("WMATA") was formally served on July 12, 2006.  This service is the first notice WMATA had of this action.

3.  The Summons, Complaint, and Initial Order accompany this Notice.  They constitute the only process, pleadings, or orders received by the undersigned in this case.

4.  This is a civil action in which this Court has original jurisdiction under the

WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on

November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.1(81)(2001), which

provides:

> The United States District Courts shall have
> original jurisdiction, concurrent with the Courts
> of Maryland, Virginia and the District of
> Columbia of all actions brought by or against
> the Authority and to enforce subpoenas issued
> under this Title.  Any such action initiated in a
> State or District of Columbia Court shall be
> removable to the appropriate United States
> District Court in the manner provided by Act of
> June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, WMATA requests that the entire above-referenced action now

pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
  TRANSIT AUTHORITY

Carol B. O'Keeffe
General Counsel

_____
Mark F. Sullivan, #430876
Deputy General Counsel


_____
Gerard J. Stief #925933
Associate General Counsel--WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1463; (202) 962-2550 (fax)

Attorneys for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed first

class, postage prepaid, this 3rd day of August, 200 to:

Deborah Cason Daniel
Attorney at Law
503 D Street, N.W.
Suite 200
Washington, DC 20001

and

Johnny Phillips
2623 Southern Avenue
Apartment #302
Temple Hills, MD 20748


_____
Gerard J. Stief

3