IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARALL J. WATSON )<br>2806 Pomeroy Road, S.E. )<br>Washington, D.C. 20002, )<br>　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　)<br>WASHINGTON METROPOLITAN AREA )<br>　TRANSIT AUTHORITY, )<br>600 Fifth Street, N.W. )<br>Washington, D.C. 20001, )<br>　　　　　　　　　　　　　　)<br>　and )<br>　　　　　　　　　　　　　　)<br>JOHNNY PHILLIPS )<br>2623 Southern Avenue )<br>Apt. 302 )<br>Temple Hills, Maryland 20748, )<br>　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | Case No. 1:06CV01383-GK |

**ERRATA**

This document is to add WMATA's Crossclaim against Co-Defendant Johnny Phillips to the Answer filed on August 7, 2006. Due to technical problems, the Crossclaim was inadvertently not attached to the Answer. Both the Answer and the Crossclaim was served by mail on August 4, 2006.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Gerard J. Stief #925933
                                        Associate General Counsel
                                        600 Fifth Street, N.W.
                                        Washington, D.C.  20001
                                        (202) 962-1463
                                        Attorneys for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Errata** was mailed, postage prepaid, on this 8th day of August, 2006 to:

Deborah Cason Daniel
Attorney at Law
503 D Street, N.W.
Suite 200
Washington, DC 20001

and

Johnny Phillips
2623 Southern Avenue
Apartment #302
Temple Hills, MD 20748

                                        _____/s/_____
                                        Gerard J. Stief