IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARALL J. WATSON<br>2806 Pomeroy Road, S.E.<br>Washington, D.C. 20002,<br><br>          Plaintiff,<br><br>     v.<br><br>WASHINGTON METROPOLITAN AREA<br> TRANSIT AUTHORITY,<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001,<br><br>   and<br><br>JOHNNY PHILLIPS<br>2623 Southern Avenue<br>Apt. 302<br>Temple Hills, Maryland 20748,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01383-GK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT WMATA'S CROSS-CLAIM FOR CONTRIBUTION
AND INDEMNIFICATION AGAINST CO-DEFENDANT
JOHNNY PHILLIPS**

Defendant Washington Metropolitan Area Transit Authority ("WMATA"), for

its Cross-Claim against Co-Defendant Johnny Phillips states:

1.     The Court has jurisdiction over this matter pursuant to § 81 of the

WMATA Compact, D.C. Code § 9-1107.01(81).

2.     Plaintiff, Darall J. Watson, filed a complaint against Defendant/Cross-

Plaintiff WMATA, seeking damages for injuries allegedly sustained in a motor

vehicle incident on or about October 5, 2005 on Minnesota Avenue.  Plaintiff

claims that the accident was caused, <u>inter</u> <u>alia</u>, by Defendant/Cross-Plaintiff WMATA's alleged negligence regarding the incident.

3.    That at the time of the incident in question, WMATA's vehicle was lawfully and properly driven, and WMATA did not by omission, cause or contribute to any injuries sustained by Plaintiff.

4.    That if Plaintiff sustained any injuries as alleged in his Complaint, those injuries were not caused by any negligent act, error or omission attributable to WMATA or its employees, but by the negligent acts, errors, or omissions of the Defendant/Cross-Defendant Phillips.  But for Defendant Phillip's acts, errors, or omissions, the alleged incident and injuries, if any, would not have occurred or have been sustained, and, if WMATA is adjudged liable to Plaintiff for damages, Defendant Phillips is legally obligated to indemnify WMATA for, or contribute to, all sums adjudged against it.

WHEREFORE, Defendant/Cross-Plaintiff WMATA demands judgment against Co-Defendant Phillips for: 1) all sums adjudged against it in favor of Plaintiff; 2) contribution as to any sum in an amount not less than half of any judgment that Plaintiff may take against it; 3) its costs and expenses in defending Plaintiff's actions; and 4) such further relief as the Court may deem just and necessary.

Respectfully submitted,

Carol B. O'Keeffe #445227
General Counsel


_____/s/_____
Mark F. Sullivan #430876
Deputy General Counsel


_____/s/_____
Gerard J. Stief #925933
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1463
Attorneys for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's Cross-**

**Claim for Contribution and Indemnification Against Co-Defendant Johnny Phillips**

was mailed, postage prepaid, on this 4th day of August, 2006 to:

Deborah Cason Daniel
Attorney at Law
503 D Street, N.W.
Suite 200
Washington, DC 20001

and

Johnny Phillips
2623 Southern Avenue
Apartment #302
Temple Hills, MD 20748


_____/s/_____
Gerard J. Stief