IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARALL J. WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01383-GK |
| ) | Next Event: August 29, 2006 |
| WASHINGTON METROPOLITAN AREA ) | Scheduling Conference |
| TRANSIT AUTHORITY, ) | @10:30 a.m. |
| ) | |
| and ) | |
| ) | |
| JOHNNY PHILLIPS ) | |
| ) | |
| Defendants. ) | |

**JOINT REPORT BY PLAINTIFF
AND DEFENDANT WMATA
PURSUANT TO LOCAL CIVIL RULE 16.3**

Plaintiff Darall J. Watson and Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby submit their Joint Rule 16.3 Report. Defendant Johnny Phillips has apparently not yet been served despite diligent efforts by Plaintiff's counsel. Counsel for WMATA received a telephone call August 25, 2006 from Mr. Phillips' sister who stated that Mr. Phillips is temporarily not living at his residence for medical reasons. Counsel for Plaintiff and WMATA conferred by telephone on August 24, 2006. Plaintiff and WMATA request Track Three because of the situation regarding Co-Defendant Phillips.

**Statement of the Case/Statutory Jurisdiction**

Plaintiff alleges in this personal injury action, that on October 5, 2005, he was injured when he exited a Metrobus, crossed in front of the bus, and was struck

by a motor vehicle driven by Defendant Phillips.  Plaintiff claims negligence by both Defendants.  WMATA timely removed this case to this Court pursuant to § 81 of the WMATA Compact, reprinted at D.C. Code § 9-1107.01(81), which provides, in relevant part, that "[a]ny such action in a State or District of Columbia court [by or against WMATA] shall be removable to the appropriate United States District Court in the manner provided by 28 U.S.C. § 1446."

    1. <u>Dispositive Motions</u>.  WMATA anticipates the filing of a dispositive motion after discovery.

    2. <u>Joinder of Parties/Amended Pleadings</u>.  Plaintiff and WMATA do not anticipate the need to join any additional parties except for Plaintiff to perfect service on Defendant Phillips.

    3. <u>Magistrate Judge</u>.  Plaintiff and WMATA do not consent to having the case assigned to a Magistrate Judge.

    4. <u>Settlement</u>.  Plaintiff and WMATA do not believe that there is a realistic possibility of settlement at this time.

    5. <u>ADR</u>.  Plaintiff and WMATA do not believe that early mediation would be beneficial.

    6. <u>Dispositive Motions</u>.  <u>See</u> No. 1.

    7. <u>Initial Disclosures</u>.  Plaintiff and WMATA request that initial discovery be waived.

    8. <u>Discovery</u>.  Plaintiff and WMATA suggest Track Three.

9. <u>Experts</u>.  Plaintiff and WMATA reserve the right, if necessary, to utilize medical or other experts.

10. <u>Class Actions</u>.  Not applicable.

11. <u>Bifurcation</u>.  Plaintiff and WMATA oppose bifurcation.

12. <u>Pretrial Conference</u>.  Plaintiff requests that a pretrial conference date be set after the Court rules on dispositive motions.

13. <u>Trial Date</u>.  Plaintiff requests that a trial date be set at the pretrial conference.

14. <u>Other Matters</u>.  None.

| | |
|---|---|
| /s/ | /s/ |
| Deborah Cason Daniel #391928 | Gerard J. Stief #925933 |
| 503 D Street, N.W. | Associate General Counsel |
| Suite 200 | 600 Fifth Street, N.W. |
| Washington, DC 20024 | Washington, D.C. 20001 |
| (202) 484-1976 | (202) 962-1463 |
| Attorney for Plaintiff | Attorney for Defendant WMATA |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Joint Report by Plaintiff and Defendant WMATA Pursuant to Local Civil Rule 16.3** was mailed first class, postage prepaid, this 25th day of August, 2006 to:

>Deborah Cason Daniel, Esq.
>503 D Street, N.W.
>Suite 200
>Washington, DC 20001
>
>and
>
>Johnny Phillips
>c/o Hurlena Gates
>7014 East Kilmer Street
>Landover, MD 20785

>                                /s/
>                         Gerard J. Stief

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARALL J. WATSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06CV01383-GK |
| | ) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) |
| and | ) ) |
| JOHNNY PHILLIPS | ) ) |
| Defendants. | ) |

## **SCHEDULING ORDER**

Upon consideration the Joint Rule 16.3 Report by Plaintiff and Defendant WMATA, it is by the Court this _____ day of _____, 2006 ORDERED that: a Track Three Schedule govern further proceedings.

_____
United States District Judge