## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*


DARALL J. WATSON,                          )
                                           )
                    Plaintiff(s),          )
                                           )
        vs.                                )        Case No.  06-cv-1383-GK
                                           )
WMATA                                      )
                                           )
                    Defendant(s).          )


## NOTICE REGARDING SUPERIOR COURT FILE


The original file, certified copy of transfer order, and docket sheet received from the

Superior Court for the District of Columbia is in paper form only and is being maintained in the

in the Clerk's office.  The Superior Court Case Number is 06ca5001.  These documents  will be

available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday

through Friday.


                                        NANCY MAYER-WHITTINGTON, CLERK


Date:   August 29, 2006