UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| DARALL J. WATSON | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:06CV01383-GK |
| JOHNNY PHILLIPS, ET AL. | | |
| Defendants | * | |

*************************************************************************************************

## CONSENT MOTION TO POSTPONE SCHEDULING CONFERENCE

Defendant, Johnny Phillips, by his attorneys Frank Foley, and the Law Offices of Jonathan P. Jester, hereby files this Consent Motion to Postpone Scheduling Conference and states as follows:

1. Defendant Phillips was not properly served with this Court' summons until September 30, 2006. Defendant's Answer is not due until 10/20/2006.

2. A scheduling conference is currently set for 10/13/2006, 1 week prior to Defendant's Answer coming due.

3. Counsel for Defendant Phillips has obtained the consent of all the other parties in this case in making this request to postpone the scheduling conference until November 10, 2006.

4. Due to this case being removed to the federal court, Defendant's original counsel, Jacquelyn M. Kramer, is currently unable to represent Defendant as her

application for admission to this bar is pending and she will be sworn in on November 6, 2006.

5. Defendant's current counsel, Frank Foley, is assigned to handle matters for Hartford Insurance Company's insureds and is a member of this court. Once Ms. Kramer is sworn in to this bar, she will enter her appearance for Defendant Phillips and attend the scheduling conference on November 10, 2006.

WHEREFORE, Defendant Johnny Phillips respectfully requests that this honorable Court postpone the scheduling conference until November 10, 2006.

_____
Frank Foley, Esquire
Federal Bar No.: 237115
Law Offices of Jonathan P. Jester
P.O. Box 1863
Springfield, VA 22151-0863
(703) 914-0082
Attorney for Defendant Johnny Phillips

_____
Jacquelyn M. Kramer*
DC Bar No. 491295
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
(410)568-2874
*Application Pending

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ____ day of October, 2006, a copy of the foregoing Consent Motion to Postpone Scheduling Conference was mailed first-class, postage prepaid, to:

Deborah Cason Daniel, Esquire  
503 D Street NW  
Suite 200  
Washington, DC 20001  
Attorney for Plaintiff

Gerard J. Steif, Esquire  
Associate General Counsel  
600 Fifth Street NW  
Washington, DC 20001  
Attorney for WMATA

_____  
Frank Foley, Esquire