UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| DARALL J. WATSON | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:06CV01383-GK |
| JOHNNY PHILLIPS, ET AL. | * | |
| Defendants | * | |

### ANSWER OF DEFENDANT JOHNNY PHILLIPS

Defendant, Johnny Phillips, by his attorneys Francis H. Foley, and the Law Offices of Jonathan P. Jester, hereby answers the Complaint previously filed by Plaintiff Darall J. Watson and states as follows:

1. Defendant admits the allegations contained in paragraphs one through five.

2. Defendant denies the allegations contained in paragraphs six through thirty-six.

### FIRST DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

### SECOND DEFENSE

The Defendant generally denies all liability and all averments of fact contained within the Complaint in each and every count therein and demands strict proof thereof.

### THIRD DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of assumption of risk.

### FOURTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of contributory negligence.

### FIFTH DEFENSE

The Plaintiff's claim is barred by the applicable Statute of Limitations.

### SIXTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of accord and satisfaction.

### SEVENTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of collateral estoppel.

### EIGHT DEFENSE

The Plaintiff's injuries, losses and damages, if any, were caused in whole or in part by individuals and/or entities over whom this Defendant had no control or right of control.

### NINTH DEFENSE

The Plaintiff's injuries, losses and damages, if any, resulted from or were caused by intervening or superseding causes not attributable to this Defendant.

## TENTH DEFENSE

The Court lacks jurisdiction over this Defendant.

## ELEVENTH DEFENSE

This Defendant herein reserves the right to adopt and/or assert any such other and further defenses which may be revealed by subsequent investigation and/or discovery.

WHEREFORE, having fully answered the Complaint, Defendant Johnny Phillips respectfully requests that the above captioned case be dismissed with prejudice with costs assessed against Plaintiff.

JOHNNY L. PHILLIPS
BY: _____
Attorney-in-Fact

STATE OF Maryland
COUNTY OF Prince Georges to wit:

Subscribed and sworn to before me, this 17th day of October, 2006.

_____
Notary Public

My Commission Expires:
May 1, 2009

_____
FRANCIS H. FOLEY, Bar No.: 014586
P.O. Box 1863
Springfield, VA 22151-0863
Phone: 703-914-0082
Fax No: 703-914-0089
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ____ day of October, 2006, a copy of the foregoing Answer to Complaint was mailed first-class, postage prepaid, to:

Deborah Cason Daniel, Esquire
503 D Street NW
Suite 200
Washington, DC 20001
Attorney for Plaintiff

Gerard J. Steif, Esquire
Associate General Counsel
600 Fifth Street NW
Washington, DC 20001
Attorney for WMATA

_____
Francis H. Foley