UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| DARALL J. WATSON | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:06CV01383-GK |
| JOHNNY PHILLIPS, ET AL. | * | |
| Defendants | * | |

### ANSWER OF DEFENDANT JOHNNY PHILLIPS TO THE CROSS CLAIM

Defendant, Johnny Phillips, by his attorneys Francis H. Foley, and the Law Offices of Jonathan P. Jester, hereby answers the Cross Claim previously filed by WMATA and states as follows:

1. Defendant admits the allegations contained in paragraphs one and two.

2. Defendant denies the allegations contained in paragraphs three and 4.

3. Defendant re-asserts herein al defenses he asserted to the primary complaint.

WHEREFORE, having fully answered the Complaint, Defendant Johnny Phillips respectfully requests that the above captioned case be dismissed with prejudice with costs assessed against Plaintiff.

JOHNNY L. PHILLIPS
By Counsel

_____
FRANCIS H. FOLEY, Bar No.: 014586
P.O. Box 1863
Springfield, VA 22151-0863
Phone:  703-914-0082
Fax No: 703-914-0089
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of October, 2006, a copy of the foregoing Answer to Complaint was mailed first-class, postage prepaid, to:

Deborah Cason Daniel, Esquire
503 D Street NW
Suite 200
Washington, DC 20001
Attorney for Plaintiff

Gerard J. Steif, Esquire
Associate General Counsel
600 Fifth Street NW
Washington, DC 20001
Attorney for WMATA

_____
Francis H. Foley