UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DARALL J. WATSON | * |
| Plaintiff | *   Civil Action No. |
| v. | *   1:06CV01383-GK |
| JOHNNY PHILLIPS, ET AL. | |
| Defendants | * |

*********************************************************************************

## ENTRY OF APPEARANCE

Clerk,

Please strike the appearance of Frank Foley and the Law Offices of Jonathan P. Jester, and enter the appearance of Jacquelyn M. Kramer and the Law Offices of Guido Porcarelli, on behalf of Defendant Johnny Phillips.

_____
Frank Foley, Esquire
Federal Bar No.: 237115
Law Offices of Jonathan P. Jester
P.O. Box 1863
Springfield, VA 22151-0863
(703) 914-0082


_____
Jacquelyn M. Kramer
Federal DC Bar No. 491295
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
(410)568-2874

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this ____ day of November, 2006, a copy of the foregoing Entry of Appearance was mailed first-class, postage prepaid, to:

Deborah Cason Daniel, Esquire
503 D Street NW
Suite 200
Washington, DC 20001
Attorney for Plaintiff

Gerard J. Steif, Esquire
Associate General Counsel
600 Fifth Street NW
Washington, DC 20001
Attorney for WMATA

_____
Jacquelyn M. Kramer, Esquire