UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DARALL J. WATSON    Plaintiff,    v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, And JOHNNY PHILLIPS    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE No. 1:06CV01383-GK Next events: Discovery Deadline January 15, 2007 Status Conference April 2, 2007 |

### PLAINTIFF WATSON'S WITNESS LIST

Darall J. Watson (Plaintiff) by and through his undersigned counsel, submits the following list of witnesses.  Plaintiff reserves the right to amend his witness list after receipt of discovery responses.

1. Darall J. Watson
   2600 Queens Chapel Rd
   Apt. 711
   Hyattsville, MD  20784

2. The expert witness(es) identified in Plaintiff's Rule 26(b)(4) Statement.

3. All witnesses identified by any parties.

4. Mr. Jerome Young
   Bladensburg Metro Lot
   WMATA
   600 – 5th St, NW
   Washington, DC  20001

5. Mr. Johnny Phillips
   2623 Southern Avenue
   Apt 302
   Temple Hills, MD

    6.    Officer Robert Miles
          2701 Pennsylvania Ave, SE
          Washington, DC  20003

                            Respectfully submitted,


                            _____/s/_____
                            Deborah Cason Daniel
                            D.C. Bar #391928
                            503 D Street, NW
                            Suite 200
                            Washington, DC  20001
                            (202) 737-4466

              <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of this Witness List was mailed this date, December 15, 2006 to the following persons by first class mail, postage prepaid.

Gerard J. Steif, Esq.
Associate General Counsel
WMATA
600 Fifth St, NW
Washington, DC  20001
Attorney for WMATA

Jacquelyn M. Kramer



                            _____/s/_____
                            Deborah Cason Daniel