UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| DARALL J. WATSON | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:06CV01383-GK |
| JOHNNY PHILLIPS, ET AL. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DEFENDANT JOHNNY PHILLIPS' WITNESS LIST**

Comes now Defendant Johnny Phillips, by and through his attorneys, Jacquelyn M. Kramer, Esq. and the Law Offices of Guido Porcarelli, and pursuant to the Court's Scheduling Order, hereby provides his Witness List:

1. Plaintiff Darall J. Watson

2. Defendant Johnny Phillips

3. Any individual identified in the discovery responses for any party.

4. Anyone designated by any other party as a witness.

5. Any expert witness designated by any party pursuant to the Court's Scheduling Order.

6. Treating physicians for the Plaintiff.

7. This Defendant reserves the right to amend this Witness List as discovery continues, and in the event that any other party to this litigation serves responses to Defendant's discovery.

Respectfully submitted,

_____
Jacquelyn M. Kramer, Esq.
D.C. Bar No. 491295
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
(410) 568-2874
Attorney for Defendant
Johnny Phillips

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th of December, 2006 a copy of the foregoing Witness List was mailed first class, postage prepaid, to:

Deborah Cason Daniel, Esquire
503 D Street NW
Suite 200
Washington, DC 20001
Attorney for Plaintiff

Gerard J. Steif, Esquire
Associate General Counsel
600 Fifth Street NW
Washington, DC 20001
Attorney for WMATA


_____
Jacquelyn M. Kramer