IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARALL J. WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01383-GK |
| ) | Next Event: 1/15/07 Deadline for |
| WASHINGTON METROPOLITAN AREA ) | Written Discovery |
| TRANSIT AUTHORITY, ) | Requests |
| ) | |
| and ) | |
| ) | |
| JOHNNY PHILLIPS ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT WMATA'S LIST OF WITNESSES

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby submits its List of Witnesses. This list is based upon discovery to date, and WMATA reserves the right to supplement it as discovery progresses.

1. Bus operator to be identified.

2. Plaintiff.

3. Co-Defendant Phillips.

4. Dr. Robert O. Gordon (expert- - orthopedic surgery), 106 Irving Street, NW, Suite 3000, Washington, DC 20010 or other IME doctor to be agreed upon by Defendants .

5. Any witness listed by any other party.

6. Any treating physicians or other health care professional regarding Plaintiff.

7. Any individuals identified in the discovery responses for any party.

8. Any necessary custodian of records.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

                        /s/
Gerard J. Stief #925933
Associate General Counsel
600 Fifth Street, NW
Washington, DC  20001
(202) 962-1463
Attorney for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's List of Witnesses** was transmitted electronically this 18th day of December, 2006 to:

Deborah Cason Daniel, Esq.
503 D Street, N.W.
Suite 200
Washington, DC 20001

and

Jacquelyn M. Kramer, Esq.
200 International Circle
Suite 1500
Hunt Valley, MD 21030

                        /s/
                    Gerard J. Stief