**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Darall J. Watson | * |
| Plaintiff | * |
| v. | *   Case No. 1:06CV01383 GK |
| Washington Metropolitan Area Transit Authority, et al. | *   Next Event: 1-15-07 Discovery |
| | * |
| Defendant | |

****************************************************

## CERTIFICATE/NOTICE OF DISCOVERY MAILING

I hereby certify that on this __11__ day of __JAN__, 2007, I served on all pro se and/or counsel hereto copies of the following discovery, VIA FAX 202-737-4144 to Ms. Cason Daniel and electronically filed and that I will retain the original of these documents in my possession, without alternation, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided:  __x__    Interrogatories and  Request for Production of Documents

          /s/ Jacquelyn Kramer_____
          Jacquelyn Kramer, Esquire
          Law Offices of Guido Porcarelli
          200 International Circle, Suite 1500
          Hunt Valley, Maryland 21030
          (410) 568-2874

## CERTIFICATE OF MAILING

I hereby certify that on this __11__ day of __JAN__, 2007 a copy of the foregoing Certificate of Discovery Mailing was faxed to Ms. Cason Daniel and electronically filed:

Deborah Cason Daniel, Esquire
503 D Street, NW. Suite 200
Washington, DC  20001          ___/s/ Jacquelyn Kramer_____
                    Jacquelyn Kramer