UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DARALL J. WATSON | * |
| Plaintiff | *    Civil Action No. |
| v. | *    1:06CV01383-GK |
| JOHNNY PHILLIPS, ET AL. | |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Darall J. Watson, by his attorney Deborah Cason Daniel, Defendant Johnny Phillips, by his attorneys, Jacquelyn Kramer and the Law Offices of Guido Porcarelli, and WMATA by its attorney, Gerard Stief, hereby stipulate as follows:

1. The parties agree to the dismissal with prejudice of the Plaintiff's claim against the Defendants and agree to the dismissal with prejudice of all cross-claims of the Defendants; and

2. That the status conference, scheduled for April 12, 2007 at 10:45 a.m., is unnecessary as the parties have agreed to a final settlement of this case.

/s/ Deborah Cason Daniel
Deborah Cason Daniel, Esq. #391928
503 D Street NW, Suite 200
Washington, DC 20001
(202) 737-4466
Attorney for Plaintiff

/s/ Gerard J. Stief
Gerard J. Stief, Esquire #925933
Associate General Counsel
600 Fifth Street NW
Washington, DC 20001
(202) 962-1463
Attorney for WMATA


/s/ Jacquelyn M. Kramer
Jacquelyn M. Kramer # 491295
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
(410) 568-2874
Attorney for Johnny Phillips